445 A.2d 252

Vector Corp. v. Westinghouse Electric Corp., Appellant.

Petition for Allowance of Appeal Denied
Nov. 2, 1982.

Argued November 10, 1980.
Avrum Levicoff, for appellant; Joseph W. Conway, for appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Order affirmed.

SPAETH, J., concurred in the result.

LIPEZ, J., filed a memorandum dissenting statement.

———

445 A.2d 252

Zacharias, Appellant v. Zacharias.

Argued May 22, 1981. James W. Daub, for appellant; William Zacharias, for appellee, in propria persona.

Before CERCONE, P. J., and MONTGOMERY and VAN der VOORT, JJ.

Order affirmed on the opinion of Judge Lawrence W. Kaplan of the court below.

MONTGOMERY, J., concurred in the result.